## KEIYON JOHNSON *v.* COMMISSIONER OF CORRECTION

The petitioner Keiyon Johnson's petition for certification for appeal from the Appellate Court, 99 Conn. App. 901 (AC 26703), is denied.

*Mary Boehlert*, special public defender, in support of the petition.

*Julia K. Conlin*, assistant state's attorney, in opposition.

Decided February 13, 2007

## GEORGE GALBERTH *v.* COMMISSIONER OF CORRECTION

The petitioner George Galberth's petition for certification for appeal from the Appellate Court, 99 Conn. App. 901 (AC 26755), is denied.

*Salvatore C. Adamo*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided February 13, 2007